IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PEDRO DOMION, ASHLEY DOMION, AND ASHLEY DOMION AS GUARDIAN AD LITEM FOR NICHOLAS DOMION**, a minor,

       Plaintiff,

   v.

**TRIQUINT SEMICONDUCTOR, INC.**, a Delaware Corporation,

       Defendant.

No. 3:16-cv-01852-SB

OPINION AND ORDER

**MOSMAN, J.**,

On November 2, 2017, Magistrate Judge Stacie Beckerman issued her Findings and Recommendation (F&R) [45], recommending that Defendant's Motion to Dismiss [36] should be denied. Defendant TriQuint Semiconductor filed Objections [47] and Plaintiffs responded [51]. I DENY Defendant TriQuint Semiconductor Motion for Leave to File a Reply in Support of its Objections to Magistrate Judge's Findings and Recommendations [52].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Beckerman's recommendation and I ADOPT the F&R [45] as my own opinion. Defendant's Motion to Dismiss [36] is DENIED.

IT IS SO ORDERED.

DATED this  13  day of February, 2018.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge